1
2
3
4
5
6                                            O
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  PABLO ANTWAN BERNOUDY,            )   Case No. CV 10-1657-DMG (OP)
                                      )
12                                    )   ORDER ADOPTING FINDINGS,
              Petitioner,             )   CONCLUSIONS, AND
13        v.                          )   RECOMMENDATIONS OF
                                      )   UNITED STATES MAGISTRATE
14  DERRAL ADAMS, Warden,             )   JUDGE
                                      )
15                                    )
              Respondent.             )
16  _____ )

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18  file, the Report and Recommendation of the United States Magistrate Judge, and
19  Petitioner's Objections thereto. The Court has engaged in a de novo review of those
20  portions of the Report and Recommendation to which Petitioner has objected. The
21  Court accepts the findings and recommendations of the Magistrate Judge,
22  / / /
23  / / /
24  / / /
25
26
27
28

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 27, 2011

_____
DOLLY M. GEE
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge