JS - 6

# O

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PABLO ANTWAN BERNOUDY,     )     Case No. CV 10-1657-DMG  (OP)
                                         )
                                         ) J U D G M E N T
               Petitioner,     )
          v.                          )
                                         )
DERRAL ADAMS, Warden,       )
                                         )
               Respondent.     )
_____)

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED:   September 27, 2011

                              _____
                              DOLLY M. GEE
                              United States District Judge


Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge